Jay Stein (State Bar No. 141042)
FINESTONE & RICHTER
1875 Century Park East, Suite 1500
Los Angeles, California 90067-2516
Telephone: (310) 575-0800
Facsimile: (310) 575-0170

Attorneys for Plaintiff Biotab Nutraceuticals, Inc.

FILED
CLERK, U.S. DISTRICT COURT
MAR 31 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOTAB NUTRACEUTICALS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BETTER IDEAS GROUP, LLC, a Nevada limited liability company; PATRICK CIOFFI, an individual; JOHN GEORGES, an individual, MICHAEL PHILLIP TAYLOR, an individual; and, DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No.: CV10 5338SVW (JEMx)<br><br>[~~Proposed~~]<br><br>**JUDGMENT** |

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 ✓
JS-2/JS-3 _____
Scan Only _____

Judgment is ordered and shall be entered in favor of Plaintiff Biotab Nutraceuticals, Inc. as against Defendants Better Ideas Group, LLC, a Nevada limited liability company; Patrick Cioffi, John Georges, and Michael Phillip Taylor, jointly and severally, as follows:

1.  A permanent injunction is hereby entered, prohibiting each of the Defendants, and their members, directors, officers, employees, agents, representatives, successors, assigns, and all other persons or entities acting for the benefit of, on behalf of, or in concert with, any of the Defendants from:

1.1 In any manner, using Plaintiff's trademark, "ExtenZe®," or any colorable imitation thereof;

1.2 In any manner, using any trademark that imitates, is confusingly similar to, or is in any way similar to or a variation of, Plaintiff's trademark, "ExtenZe®;"

1.3 Engaging in any act that tends to lend the impression to consumers that Defendants' goods and services are, in any way, of the same origin as, related to, or a variation of, Plaintiff's goods and services associated with the trademark, "ExtenZe®;"

1.4 Importing any goods into the United States purporting to be Plaintiff's goods or goods associated with, or intended prospectively to be associated with, Plaintiff or Plaintiff's ExtenZe® trademark;

1.5 Manufacturing or causing to be manufactured, advertising, distributing, offering for sale, or selling any goods purporting to be Plaintiff's goods or goods associated with, or intended prospectively to be associated with, Plaintiff or Plaintiff's ExtenZe® trademark;

1.6 Manufacturing or causing to be manufactured any goods in the nature of nutraceuticals or vitamin, herbal or dietary supplements purporting to be ingestible or topical goods promoting sexual enhancement, sexual satisfaction, or penis enlargement.

2. Each Defendant is ordered, pursuant to 15 USC § 1118, to deliver up for destruction all advertising, promotional materials, signs, packaging, labels, containers, or other materials within their possession, custody or control bearing any trademark that infringes upon Plaintiff's ExtenZe® trademark, as well as all plates, matrices, tools, dyes, electronic files, and any other means of making same.

3. Pursuant to 15 USC §1117, each Defendant is jointly and severally liable for all damages suffered by Plaintiff that was proximately caused by the acts complained of herein, in the sum of Four Hundred Thousand Dollars ($400,000.00).

///
///
///
///

4. Plaintiff shall recover its reasonable attorney's fees, in the amount of $25,000.00.

5. Plaintiff shall recover its costs of suit herein.

DATED: March 30, 2011

_____
Stephen V. Wilson, U.S. District Judge

Judgment.2                                3

JUDGMENT